No. 22-1732

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| KENNETH DUNN,<br><br>   Plaintiff-Appellant,<br><br> v.<br><br>LEO SCHMITZ, JOANN JOHNSON and ISAIAH VEGA,<br><br>   Defendants-Appellees. | )  Appeal from the United States<br>)  District Court for the Central<br>)  District of Illinois<br>)<br>)<br>)<br>)  No. 3:16-cv-03308<br>)<br>)<br>)<br>)  The Honorable<br>)  SUE E. MYERSCOUGH,<br>)  Judge Presiding. |

**DEFENDANTS-APPELLEES' MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

  Defendants-Appellees Leo P. Schmitz, Joann Johnson, Isaiah Vega move this court for a 30-day extension of time, from January 18, 2023, to February 17, 2023, to file their response brief in this appeal, and submit the attached declaration in support of this motion.

              Respectfully submitted,

              KWAME RAOUL
              Attorney General
              State of Illinois

    By:  /s/ Anna W. Gottlieb
       ANNA W. GOTTLIEB
       Assistant Attorney General
       100 West Randolph Street
       12th Floor
       Chicago, Illinois 60601
       (312) 814-2234 (office)
       (773) 590-7793 (cell)
       Anna.Gottlieb@ilag.gov

**DECLARATION**

I, Anna W. Gottlieb, state the following:

1.  I am a citizen of the United States over the age of 18. My current business address is 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2.  I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and have been assigned to represent Defendants-Appellees Leo P. Schmitz, Joann Johnson, Isaiah Vega before this court in the appeal docketed as *Dunn v. Schmitz*, No. 22-1732.

3.  The response brief of Defendants-Appellees is due to be filed with this court on January 18, 2023, on three extensions of time. *See* 7th Cir. Doc. 19. Defendants-Appellees first request for an extension of time was filed on October 11, 2022, *see* 7th Cir. Doc. 14, and was granted the next day, *see* 7th Cir. Doc. 15. Defendants-Appellees second request for an extension of time was filed on November 9, 2022, *see* 7th Cir. Doc. 16, and was granted the same day, *see* 7th Cir. Doc. 17. Defendants-Appellees third request for an extension of time was filed on December 12, 2022, *see* 7th Cir. Doc. 18, and was granted the same day, *see* 7th Cir. Doc. 19.

4.  This motion is being made seven days before the response brief's due date, as required by 7th Cir. R. 26.

5.  I will not be able to finish drafting the response brief in this appeal, have the draft reviewed through the regular review process of the Civil Appeals

Division, finalize the draft, and file the brief with this court by January 18, 2023, for several reasons.

6. First, I am drafting a reply brief on behalf of Appellant Illinois State Police in *Dockins v. Ogle Cnty. State's Att'y's Off.*, No. 4-22-0839, due to be filed in the Illinois Appellate Court, Fourth Judicial District on January 18, 2023. This case involves a challenge by Illinois State Police to the circuit court's denial of its petition to intervene in a proceeding in which an individual sought to obtain a Firearm Owners Identification Card.

7. Second, on January 18, 2023, I am scheduled to participate in a court-ordered mediation with this court's mediation office on behalf of Defendant-Appellee Michelle Casey in *Martin v. Haling*, No. 22-3108. This case involves allegations that an individual was deprived of her occupational liberty interests. I have to set aside time in my work schedule to prepare for that mediation.

8. Third, I am drafting an amicus brief on behalf of the State of Illinois in *National Shooting Sports Foundation v. James*, No. 22-1374, due to be filed in the United States Court of Appeals for the Second Circuit on January 13, 2023. This case involves a preemption challenge to a state law regulating firearm sales and marketing. I am prioritizing this matter in my work schedule because there are no extensions available for amicus filings.

9. Fourth, I am drafting an opening brief on behalf of Petitioner Illinois Department of Agriculture in *Miller v. Dep't of Agric.*, No. 128508, due to be filed in the Illinois Supreme Court on February 8, 2023, on one extension of time.

10. On January 10, 2023, I gave notice to John Baker, the attorney for Plaintiff-Appellant Kenneth Dunn, in this appeal by providing a copy of this motion before it was filed with this court. This attorney indicated that he does not object to this motion.

11. I do not request this extension of time from January 18, 2023, to February 17, 2023, to file the response brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 10, 2023.

/s/ Anna W. Gottlieb
ANNA W. GOTTLIEB
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2234 (office)
(773) 590-7793 (cell)
Anna.Gottlieb@ilag.gov

**CERTIFICATE OF FILING AND SERVICE**

      I hereby certify that on January 10, 2023, I electronically filed the foregoing **Defendants-Appellees' Motion for Extension of Time to File Brief** with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. The following participant is a CM/ECF user and will be served by the CM/ECF system:

  John A. Baker
  jab@bbklegal.com

 

                                      <u>/s/ Anna W. Gottlieb</u>
                                      ANNA W. GOTTLIEB
                                      Assistant Attorney General
                                      100 West Randolph Street
                                      12th Floor
                                      Chicago, Illinois 60601
                                      (312) 814-2234 (office)
                                      (773) 590-7793 (cell)
                                      Anna.Gottlieb@ilag.gov